# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

**ATRICIA A. SLAUGHTER,**
2323 Dulles Station Blvd. 338
Herndon, VA, 20171

       **Plaintiff,**

  v.                                                                                  Case No.

**MY SALON SUITES,**
2542 Highlander Way
Carrollton, TX 75006

       **Defendant.**

## NOTICE OF REMOVAL

Defendant SMF Corporate Stores, LLC d/b/a My Salon Suite[1,2] ("My Salon Suite"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal of a civil action from the Circuit Court of Fairfax County to the United States District Court for the Eastern District of Virginia. In support of this Notice, Defendant states the following grounds for removal.

1. On December 1, 2025, Plaintiff Atricia Slaughter filed a Complaint against My Salon Suite in the Circuit Court of Fairfax County, Case No. CL-2025-0018128.

2. Ms. Slaughter sent My Salon Suite a copy of the summons and complaint by certified mail, which was received on December 9, 2025. In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon My Salon Suite is attached as Exhibit 1.

---

[1] Defendant's correct name is SMF Corporate Stores, LLC d/b/a My Salon Suite as opposed to My Salon Suites as captioned on Plaintiff's Complaint.
[2] Plaintiff identifies Tammie Woodman McNelis as a Defendant within the body of her Complaint but did not identify her in the caption of the complaint, nor was there a summons issued for or served upon her, so, legally, she is not a party to this case.

3. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides in part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a). The Circuit Court of Fairfax County is located within this District.

5. Defendant has not filed any answer or responsive pleading to the Complaint or made any appearance before the Circuit Court of Fairfax County in this matter.

6. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Ms. Slaughter, without conceding Ms. Slaughter has pled claims upon which relief can be granted, or without conceding that Defendant has been properly served.

7. This Notice is filed with this Court within thirty days of Defendant receiving a copy of the Complaint upon which this action is based in satisfaction of the requirements of 28 U.S.C. § 1446(b)(1).

8. Upon filing this Notice of Removal, Defendant will provide a written notification to Ms. Slaughter and will file a copy of this Notice with the Clerk of the Circuit Court of Fairfax as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit 2.

## FEDERAL QUESTION JURISDICTION

9. Removal is proper pursuant to 28 U.S.C. § 1441, as this Honorable Court has original jurisdiction. District courts have original jurisdiction in cases involving a federal question, which are "civil actions arising under the Constitution, laws, or treaties of the United

States." 28 U.S.C. § 1331.

10. In the Complaint, Ms. Slaughter alleges three causes of action: (1) race discrimination in violation of 42 U.S.C. § 1981; (2) race discrimination in violation of 42 U.S.C. § 1982; and (3) race discrimination in violation of Title II of the Civil Rights Act of 1964 42 U.S.C. § 2000a. Accordingly, this Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1441.

11. Because this Court has original jurisdiction over Ms. Slaughter's claims, removal is appropriate.

WHEREFORE, Defendants respectfully request that this action be removed from the Circuit Court of Fairfax County to this Honorable Court.

Date: December 30, 2025

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Nigel Wilkinson*
Nigel Wilkinson (Virginia Bar 46500)
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Facsimile)
Nigel.Wilkinson@jacksonlewis.com

*Counsel for My Salon Suite*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, a true and correct copy of the foregoing ***Notice of Removal*** was served via email and first-class mail, postage prepaid, on:

    Atricia A. Slaughter
    2323 Dulles Station Blvd. 338
    Herndon, VA, 20171
    heyidohair@aol.com

    ***Plaintiff pro se***

*/s/ Nigel Wilkinson*
Nigel Wilkinson (Virginia Bar 46500)
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Facsimile)
Nigel.Wilkinson@jacksonlewis.com

***Counsel for My Salon Suite***