**EXHIBIT 2**

**IN THE CIRCUIT COURT OF FAIRFAX COUNTY**

| | |
|---|---|
| **ATRICIA A. SLAUGHTER,** | |
| **Plaintiff,** | |
| v. | |
| **MY SALON SUITES,** | Case No. CL-2025-0018128 |
| **Defendant.** | |

**NOTICE OF FILING NOTICE OF REMOVAL**

Defendant SMF Corporate Stores, LLC d/b/a My Salon Suite[1][2] ("My Salon Suite"), by and through its undersigned counsel, hereby gives notice that on December 30, 2025, My Salon Suite removed this action by filing a Notice of Removal in the United States District Court for the Eastern District of Virginia, pursuant to 28 U.S.C. § 1446. A copy of the Notice of Removal (with attachments) is attached hereto as Exhibit A and has been served upon Plaintiff Atricia Slaughter. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until this case is remanded."

---

[1] Defendant's correct name is SMF Corporate Stores, LLC d/b/a My Salon Suite as opposed to My Salon Suites as captioned on Plaintiff's Complaint.

[2] Plaintiff identifies Tammie Woodman McNelis as a Defendant within the body of her Complaint but did not identify her in the caption of the complaint, nor was there a summons issued for or served upon her, so, legally, she is not a party to this case.

Date: December 30, 2025						Respectfully submitted,

							**JACKSON LEWIS P.C.**

							*/s/ Nigel Wilkinson*
							Nigel Wilkinson (Virginia Bar 46500)
							11790 Sunrise Valley Drive, Suite 400
							Reston, Virginia 20191
							(703) 483-8300 (Telephone)
							(703) 483-8301 (Facsimile)
							Nigel.Wilkinson@jacksonlewis.com

							***Counsel for My Salon Suite***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, a true and correct copy of the foregoing ***Notice of Filing Notice of Removal*** was served via email and first-class mail, postage prepaid, on:

    Atricia A. Slaughter
    2323 Dulles Station Blvd. 338
    Herndon, VA, 20171
    heyidohair@aol.com

    ***Plaintiff pro se***

*/s/ Nigel Wilkinson*
Nigel Wilkinson (Virginia Bar 46500)
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Facsimile)
Nigel.Wilkinson@jacksonlewis.com

***Counsel for My Salon Suite***